UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00298(1)-DAE |
| | § | |
| (1) Efrain Saucedo-Espinosa | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 9, 2026, wherein the defendant Saucedo-Espinoza waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Saucedo-Espinoza to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Saucedo-Espinoza's plea of guilty to Count One of the Information is accepted.

Signed this 16th day of June, 2026.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE